# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 06, 2010

Steven M. Larimore
United States District Court
301 N. Miami Avenue, Room 150
Miami, FL 33128-0000

Appeal Number: 10-11153-J
Case Style: Tie Qian v. Eric K. Shinseki
District Court Docket No: 1:09-cv-23372-PCH

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah Hall
Phone #: (404) 335-6189

Enclosure(s)

DIS-4 Multi-purpose dismissal letter